### In re Henry T. KRAFT.

Court of Appeals of Kentucky.

March 4, 1960.

John A. Fulton, Woodward, Hobson & Fulton, Louisville, for petitioner.

PER CURIAM.

The court concurs in the recommendation and confirms the report of the Board of Bar Commissioners that Henry T. Kraft be reinstated as a member of the State Bar Association and licensed as a practicing attorney in this state. See Board of Bar Commissioners of Kentucky State Bar Ass'n v. Kraft, Ky., 177 S.W.2d 907.

An order will be entered in accordance herewith.